**Exhibit D**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.S.P.C., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEH JOHNSON, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 14-cv-01437-ABJ |

### DECLARATION OF PHILIP T. MILLER

Pursuant to 28 U.S.C. § 1746, I, Philip T. Miller, do hereby declare:

1.  I am the Assistant Director of Field Operations (Assistant Director), Enforcement and Removal Operations (ERO) employed by U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C.  As Assistant Director since May 2013, I oversee the nationwide day-to-day immigration enforcement and removal operations of 24 ERO Field Office Directors and 5,700 immigration enforcement officers.  I have served with ICE and its legacy predecessor, U.S. Immigration and Naturalization Service, since 1996.  I have Bachelor of Arts and Master of Arts degrees in Political Science.  The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

2.  On November 18, 2014, ICE announced that it will close the Artesia Family Residential Facility (Artesia) in Artesia, New Mexico.

3.  On December 31, 2014, Artesia will be closed and all its detainees will be transferred to other family detention facilities on or before that date.

4.  On December 31, 2014, all practices, policies, and procedures governing family detention at Artesia will cease.

5.  It is not foreseeable that Artesia will be employed for family detention purposes after the facility is closed absent an unexpected influx of alien families or emergency circumstances as directed by the Secretary of the United States Department of Homeland Security.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 11th day of December, 2014.

_____
Philip T. Miller
Assistant Director of Field Operations
U.S. Immigration and Customs Enforcement
United States Department of Homeland Security